LYMAN, Respondent, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Henry H. Lyman, as, etc., against Timothy Kane and another. No opinion. The court declines to consider this appeal upon the record as it stands, there being no decision contained therein. See Village of Palmyra v. Wynkoop, 53 Hun, 82, 6 N. Y. Supp. 62. See, also, 67 N. Y. Supp. 1065.

McALAN, Respondent, v. TRUSTEES OF NEW YORK & BROOKLYN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Alida McAlan against the trustees of the New York & Brooklyn Bridge Company. No opinion. Judgment (60 N. Y. Supp. 176) and order unanimously affirmed, with costs; GOODRICH, P. J., however, being in favor of a reduction of the amount of the recovery.

McAVOY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Thomas McAvoy against the city of New York. No opinion. Motion granted. See 65 N. Y. Supp. 274.

McCAFFREY, Appellant, v. CROSS, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Ellen M. McCaffrey against Emma M. Cross. W. Allen, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs.

McCAFFREY, Respondent, v. McCAFFREY, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Julia E. McCaffrey against William J. McCaffrey. No opinion. Order reversed, on argument, without costs.

McCANN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Hugh McCann against the city of New York. No opinion. Motion granted.

McGOWAN v. GIVEEN MFG. CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Frank J. McGowan against the Giveen Manufacturing Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 708.

McGRUER, Appellant, v. ABBOTT, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by John McGruer against Vasco P. Abbott. No opinion. Judgment and order affirmed, with costs.

MAHER, Respondent, v. McPHERSON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Vernon P. Maher against Addie C. McPherson, impleaded, etc. No opinion. Motion denied, with $10 costs.

MALLORY, Respondent, v. MALLORY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Harriet A. Mallory, as executrix, etc., against Philander J. Mallory. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANHATTAN RUBBER-MFG. CO. (Supreme Court, Appellate Division, First Department. November 9, 1900.) In the matter of the Manhattan Rubber-Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

MARINE, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Viola B. Marine against James Mills. S. Bitterman, for appellant. J. Fromme, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MARRIAN, Appellant, v. BOWERS et al.. Respondents. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Joseph Marrian against Charles B. Bowers and another. No opinion. Judgment affirmed, with costs of this appeal to each respondent.

MARTIN et al., Respondents, v. COOK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Alexander C. Martin and others against Stephen Cook and others. No opinion. Order affirmed, with $10 costs and disbursements.

MARTINE, Respondent, v. GARDEN, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Marie L. Martine against William M. Garden. I. D. Warren, for appellant. J. J. Delany, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer in 20 days, on payment of costs in this court and in the court below.

In re MARWICK. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) In the matter of the probate of the will of Henrietta L. Marwick, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant.

MAY, Respondent, v. SCHREIER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Frank N. May against Joseph Schreier and another. PER CURIAM. Judgment and order reversed, and new trial ordered, with one bill of costs to the appellants to abide event. Held, that the verdict is against the weight of the evidence.

MAYER, Appellant, v. NETHERSOLE, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Ac-

tion by Marcus R. Mayer against Olga Nethersole. M. L. Erlanger, for appellant. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MEAGHER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by William Meagher against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. C. D. Lamb, for respondent.

PER CURIAM. Upon plaintiff stipulating to reduce the judgment as entered to $4,495.07, judgment, as so modified, affirmed, without costs to either party; otherwise, judgment reversed, and new trial ordered, with costs to appellant to abide event.

MEHNKEN, Respondent, v. REBENKLAU, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by George H. Mehnken against Richard H. Rebenklau. No opinion. Judgment of the municipal court affirmed, with costs.

MELROSE WOOLEN CO. v. JAECK BROS. CO. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Melrose Woolen Company against the Jaeck Bros. Company.

PER CURIAM. Motion denied, without costs, and without prejudice to the right of the respondent to renew same at the next term of this court, unless in the meantime the appellant procures the case and exceptions to be settled, signed, and filed, and the papers on appeal to be printed, filed, and served.

MERRILL v. BERGER et al. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Payson Merrill against Benjamin Berger and others. No opinion. Motion granted, with $10 costs.

MEYERS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Julius Meyers against the city of New York. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 755.

MEYERS, Respondent, v. FREUD, Appellant. (City Court of New York, General Term. January 3, 1901.) Action by Herman Meyers against Hannah Freud. From a judgment for plaintiff, defendant appeals. Affirmed. Edwin L. Kalish, for appellant. Abraham Levy, for respondent.

PER CURIAM. The judgment must be affirmed. It clearly appears that plaintiff's assignor was justified in terminating the contract made between her and defendant, because the latter not only failed to pay the sum of money which the defendant admitted was owing thereunder, but refused to do so until she was ready and willing. Under these circumstances the election made to end the contract, and the removal of the goods owned by plaintiff's assignor from defendant's premises, were just and reasonable acts. Judgment affirmed, with costs and disbursements.

MICHELSEN, Respondent, v. ROCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Emma Michelsen (now Emma Kolb) against Michael Rock. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by William S. Miller against the Manhattan Railway Company. W. G. Peckham, for appellant. E. C. James, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MILLS, Respondent, v. THOMAS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1900.) Action by George W. Mills against the Thomas Elevator Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 398.

MONTGOMERY v. BLOOMINGDALE et al. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Jennie M. Montgomery against Lyman G. Bloomingdale and another. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 costs, leave granted to apply to the court below to open default. See 54 N. Y. Supp. 329.

MOON, Respondent, v. NATIONAL WALL-PLASTER CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Albert Moon against the National Wall-Plaster Company of America. No opinion. Judgment (66 N. Y. Supp. 33) affirmed, with costs.

In re MORLEY. (Supreme Court, Appellate Division, Second Department. November 30, 1900.) In the matter of the application of Charles C. Morley for a writ of habeas corpus. No opinion. Order reversed on argument, and prisoner discharged.

MORRIS, Appellant, v. SCHATZ, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Philip W. Morris against Adam E. Schatz, impleaded, etc. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., absent.

MOWBRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Andrew Mowbray against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, without costs.